FILED

MAR 23 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PARMINDER SINGH BHAGTANA, | No. 07-71631 |
| Petitioner, | Agency No. A096-152-279 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted March 12, 2010
San Francisco, California

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Parminder Singh Bhagtana, a native and citizen of India, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252.

We grant the petition for review and remand for further proceedings.

_____

\* This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

The BIA determined that Bhagtana's failure to submit his fingerprints by the deadline imposed by the IJ was sufficient reason to deny his application for asylum, withholding of removal, and relief under the Convention Against Torture. *See* 8 C.F.R. § 1003.47(c). The agency, however, did not have the benefit of our intervening decision in *Cui v. Mukasey*, 538 F.3d 1289 (9th Cir. 2008), which held that refusing to continue proceedings for fingerprint processing may be an abuse of discretion. We remand for the agency to reconsider its denial of Bhagtana's application in light of *Cui*. *See id*. at 1292-95; *see also Karapetyan v. Mukasey*, 543 F.3d 1118, 1129-32 (9th Cir. 2008).

**PETITION FOR REVIEW GRANTED, REMANDED.**